

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ERIN R. AMIE,

                                    Petitioner,

v.

SUPERIOR COURT OF THE STATE OF
CALIFORNIA, COUNTY OF LOS
ANGELES,

                                    Respondent.

Case No.:  26-cv-178-RSH-JLB

**ORDER DISMISSING ACTION
WITHOUT PREJUDICE**

On January 1, 2026, petitioner Erin R. Amie, proceeding *pro se*, initiated this action by filing a petition seeking a writ of mandamus. ECF No. 1 (the "Petition"). On January 14, 2026, the Court issued an Order stating that the case may not proceed because Petitioner failed to prepay the filing fee as required by 28 U.S.C. § 1914(a), or file a motion to proceed *in forma pauperis* ("IFP"). ECF No. 2 at 1-2. The Order further indicated that it appeared the Court lacks subject matter jurisdiction because "the Petition seeks a writ directed to the California Superior Court." *Id.* at 2; *see also Clark v. Washington*, 366 F.2d 678, 681 (9th Cir. 1966) ("The federal courts are without power to issue writs of mandamus to direct state courts or their judicial officers in the performance of their duties[.]").

//

1

The Court ordered that if Petitioner wished to proceed with this action, she must: (1) pay the filing fee of $405 or file a motion to proceed IFP; and (2) establish that the Court has subject matter jurisdiction over the Petition or file an amended pleading within the subject matter jurisdiction of the Court within forty-five days—or by February 28, 2026. *Id.* at 2. On April 6, 2026, Petitioner filed a document requesting that the Court release her from prison. ECF No. 3 at 1. Although the Court considered and reviewed Plaintiff's letter, the letter does not address the requirements previously imposed by the Court. *See* ECF No. 2.

For these reasons, the Court **DISMISSES** this civil action in its entirety without prejudice for failure to either pay the filing fee as required by 28 U.S.C. § 1914(a) or properly move to proceed IFP pursuant to 28 U.S.C. § 1915(a), and failure to prosecute. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 10, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-178-RSH-JLB